IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**CHARLES P. ODOM**                                                        **PLAINTIFF**
**ADC #136145**

v.                        Case No: 4:14-cv-00313 KGB/HDY

**RONNIE BRANSTETTER, et al.**                                 **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young (Dkt. No. 37). Plaintiff Charles Odom filed a response to the Proposed Findings and Partial Recommended Disposition, stating that he "is satisfied with the Courts [sic] Recommendations" (Dkt. No. 39). After carefully considering Proposed Findings and Partial Recommended Disposition, the Court approves and adopts in their entirety the Proposed Findings and Partial Recommended Disposition as this Court's findings in all respects.

Therefore, the Court orders that:

1. The motion for summary judgment filed by Defendants Sam Griffin and the Saline County Defendants (Dkt. No. 27) is granted, and Mr. Odom's claims against Mr. Griffin and the Saline County Does are dismissed with prejudice.

2. The motion for summary judgment filed by Defendants Ronnie Branstetter, Ashley Collier, and Andrew Goodman (Dkt. No. 30) is granted in part and denied in part. The Court dismisses with prejudice Mr. Odom's claims regarding conditions at the Garland County Detention Center and dismisses without prejudice Mr. Odom's claims against Mr. Branstetter and Ms. Collier. The Court

denies the motion for summary judgment with respect to Mr. Odom's inadequate medical care claim against Mr. Goodman.

SO ORDERED this 18th day of May, 2015.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge